UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDGAR ZUNIGA-MEJIA,**

 **Plaintiff,**

v.                                                         Case No.  5:23-cv-20-TKW/MJF

**OFFICER GODWIN, et al.,**

 **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 21) and Plaintiff's objection (Doc. 24). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff falsely claimed that he did not have sufficient funds to pay all or part of the filing fee. Accordingly, it is **ORDERED** that:

 1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

 2. This case is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(A).

 3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 11th day of March, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**